In the Matter of the Arbitration between MODERN JUNIORS, INC., Respondent, and SPINNERIN YARN CO., INC., Appellant.—

Concur—Stevens, P. J., Capozzoli, McGivern, Kupferman and Tilzer, JJ.